# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

April 18, 2001

*Before*

Hon. Richard A. Posner, *Circuit Judge*

No. 00-1894

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>    *v.*<br><br>DINA ABDELHAQ,<br>    Defendant-Appellant. | Appeal from the United States District<br>Court for the Northern District<br>of Illinois, Eastern Division.<br><br>No. 98 CR 146<br><br>George W. Lindberg, *Judge*. |

**O R D E R**

The sentence on page 1 of the slip opinion beginning "The district judge ordered" is amended to read as follows: "The district judge (not Judge Lindberg, to whom the case was reassigned for trial) ordered".